STATE of Missouri, Respondent,

v.

Michael STEVENSON, Appellant.

No. 50743.

Missouri Court of Appeals,
Eastern District,
Division Six.

April 22, 1986.

Motion For Rehearing and/or Transfer to
Supreme Court Denied July 1, 1986.

Application to Transfer Denied
Sept. 16, 1986.

Deborah Stockhausen, St. Louis, for appellant.

William L. Webster, Atty. Gen., John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant appeals his conviction and 13 years imprisonment for stealing a recorder, challenging only value testimony by a store buyer. No jurisprudential purpose would be served by a written opinion. Judgment of trial court is affirmed pursuant to Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Rickey CALDWELL, Appellant.

No. WD 36861.

Missouri Court of Appeals,
Western District.

May 6, 1986.

Motion For Rehearing and/or Transfer to
Supreme Court Denied June 26, 1986.

Application to Transfer Denied
Sept. 16, 1986.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William Webster, Atty. Gen., Carrie Francke, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and PRITCHARD and TURNAGE, JJ.

ORDER

PER CURIAM:

Appeal from convictions of burglary in the second degree, § 569.170, RSMo 1978, and stealing over $150.00, in violation of § 570.030, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).